**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

LEONARD HAIRSTON,            )
               Petitioner,            )            2:09-cv-0726-RLH-RJJ
                            )
vs.            )            **ORDER DENYING RECONSIDERATION**
                            )
DOUGLAS GILLISPIE, *et al.*,            )
               Respondents.            )

       After having his motion to reconsider its dismissal of his petition for writ of habeas corpus denied some six months ago, Petitioner now moves the Court for Relief from Judgment (ECF No. 81). However, the motion offers nothing new to consider, merely presenting repetitive assertions that his constitutional rights have been violated and reiterating his previous arguments.

       For the reasons previously stated by this Court in its Orders (ECF No. 63 and 80), this motion (ECF No. 81) is **denied. No further documents shall be accepted or filed in this action save a properly served Notice of Appeal.**

       **IT IS SO ORDERED**.

Dated this   26th   day of January, 2011.

_____
CHIEF UNITED STATES DISTRICT JUDGE